**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JAMES W. SHIPMAN,

10            Plaintiff,                        No. C 10-00669 JSW

11       v.

12   NAPA COUNTY,                               **ORDER SETTING BRIEFING**
                                                **SCHEDULE ON NAPA COUNTY'S**
13            Defendant.                        **MOTION TO DISMISS**
     _____/

14

15        This matter is set for a hearing on April 30, 2010 at 9:00 a.m. on Defendant Napa

16   County's motion to dismiss.  The Court HEREBY ORDERS that an opposition to the motion

17   shall be filed by no later than **April 2, 2010** and a reply brief shall be filed by no later than

18   **April 9, 2010**.  Failure to oppose the motion may result in **dismissal** of this action.

19        If the Court determines that the matter is suitable for resolution without oral argument, it

20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

21   schedule, they may submit for the Court's consideration a stipulation and proposed order

22   demonstrating good cause for any modification requested.

23        **IT IS SO ORDERED.**

24

25   Dated:  March 19, 2010          _____
                                     JEFFREY S. WHITE
26                                   UNITED STATES DISTRICT JUDGE

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV10-00669 JSW

**CERTIFICATE OF SERVICE**

JAMES W SHIPMAN et al,

        Plaintiff,

    v.

NAPA COUNTY et al,

        Defendant.

                          /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Tompkins
455 Manzanita Drive
Angwin, CA 94508

James W Shipman
219 Manor Court
American Canyon, CA 94503

Likuan Huang
219 Manor Court
American Canyon, CA 94503

Dated: March 19, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk